## 55901. KEATON v. THE STATE.

QUILLIAN, Presiding Judge.

The defendant appeals her conviction of theft by taking. The evidence of record, both circumstantial and direct, of her aiding and abetting the active participant in a "pick-pocket" operation in the Atlanta bus station is more than ample — it is substantial. The general grounds are without merit.

*Judgment affirmed. Webb and McMurray, JJ., concur.*

SUBMITTED JUNE 7, 1978 — DECIDED JUNE 27, 1978.

*Siegel & Grude, Alvin N. Siegel,* for appellant.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Donald J. Stein, Russell J. Parker, Assistant District Attorneys,* for appellee.